SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin J. Aroz,<br><br>         Cross Claimant,<br><br>     vs.<br><br>Scott N. Johnson,<br><br>         Cross Defendant | Case No. **2:11-cv-00959-MCE-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 5, 2011, FOR PLAINTIFF/CROSS DEFENDANT SCOTT N. JOHNSON TO RESPOND TO CROSSCLAIM |

 Pursuant to Local Rule 6-144 (a), Cross Claimant, Martin J. Aroz, and Plaintiff/Cross Defendant, Scott N. Johnson, by and through their respective attorneys of record, Scott N. Johnson; Michael David Welch, stipulate as follows:

   1. No extension of time has been previously obtained.

   2. Plaintiff/Cross Defendant Scott N. Johnson is granted an extension until August 5, 2011, to

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

respond or otherwise plead reference to Defendant's crossclaim.

3. Plaintiff/Cross Defendant Scott N. Johnson's response will be due no later than August 5, 2011.

IT IS SO STIPULATED effective as of July 5, 2011

Dated:  July 7, 2011                    /s/Michael D. Welch_____

                                        Michael David Welch,

                                        Attorney for Cross Claimant

                                        Martin J. Aroz

Dated:  July 5, 2011                    /s/Scott N. Johnson ____

                                        Scott N. Johnson,

                                        Plaintiff/Cross Defendant


**IT IS SO ORDERED:** that Plaintiff/Cross Defendant Scott N. Johnson shall have until August 5, 2011 to respond to crossclaim.

Date:  July 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2