SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Donna M. Brooks, et al,<br><br>        Defendants<br><br><br>Martin J. Aroz<br><br>        Cross-Claimant,<br><br>    vs.<br><br>Scott N. Johnson,<br><br>        Cross-Defendant | Case No. **2:11-cv-00959-MCE-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL**<br><br>**Dismissal of Entire Action and Defendants Cross-Claim** |

/ / /

/ / /

1. Pursuant to the parties' stipulation, **IT IS SO ORDERED** that this action and the Cross-Claim are hereby DISMISSED WITH PREJUDICE.  The Parties are to bear their own costs and attorney's fees in connection with the Lawsuit and Cross-Claim.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT